IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN PURNELL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 06-4168 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 26th day of August 2009, upon consideration of the Parties' cross-motions for summary judgment, United States Magistrate Judge Arnold C. Rapoport's Report and Recommendation, and Defendant's objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **NOT ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 7) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 8) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE